

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501

Date: 10/29/10

**TERRY NAFISI**
District Court Executive and
Clerk of Court

FILED
LODGED
RECEIVED

MAIL

NOV 08 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Western _____ District Of __Washington__

700 Stewart Street

Seattle, WA 98101-1271

Transfer of ☐ Criminal Case   or   ☑ Magistrate Case

Case No. MJ 10-2634 _____ Case Title: USA V  Frederick Darren Berg

MJ 10 - 442

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
☐   Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☑   This is an electronically filed case and the documents are available through pacer
☑   Not for public view document (pursuant to Judicial Conference policy)
☐   Original Bond          or          ☐ Original Bond to be forwarded by Fiscal
☐   Original Passport      or          ☐ Declaration re:  Passport
☐   Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐   Other _____

**Pursuant to ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
☐   This is an electronically filed case and the document are available through pacer.
☐   Certified copy of docket sheet
☐   Certified copy of Indictment / Information**      ☐ Original Consent of defendant
☐   Original Passport          or          ☐ Declaration re: Passport
☐   Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐   Not for public view document (pursuant to Judicial Conference policy)
☐   Other _____

**\*\*Note: Documents filed on or after January 1, 2007 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's pacer account .

Sincerely,

Clerk, U.S. District Court

By  monica_s_hernandez@cacd.uscourts.gov
Deputy Clerk

cc:   *U.S. Attorney -Central District of California and Receiving District, Pretrial Services*

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☐   CrimIntakeCourtDocs-LA@cacd.uscourts.gov      (Los Angeles Offices)
☐   CrimIntakeCourtDocs-RS@cacd.uscourts.gov      (Riverside Office)
☐   CrimIntakeCourtDocs-SA@cacd.uscourts.gov      (Santa Ana Office)

Case No: _____      Clerk, U.S. District Court

_____      By: _____
Date                                       Deputy Clerk

CR-48 (04/09)                LETTER RE: F.R.CR.P. 5, 20 and 21 - TRANSFER OUT